**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JIMMY ASHLEY                                                                                         PLAINTIFF

v.                                          No. 4:09CV00731 JLH

KANOA ROCKWOOD, LLC; and
ROCKWOOD SHOPPING CENTER, LLC                                        DEFENDANTS

**FINAL ORDER**

THIS CAUSE came before consideration of this Court upon the parties' Joint Stipulation of Dismissal With Prejudice. The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendants with prejudice.

2. The Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.

3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED this 4th day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE